IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ratio Christi of Kennesaw State
University and Zachary Bohannon,

               Plaintiffs,

v.

Samuel S. Olens, Former
President of Kennesaw State
University, in his individual
capacity, et al.,

               Defendants.

_____/

Case No. 1:18-cv-00745

Michael L. Brown
United States District Judge

## ORDER

The parties have announced that this case has settled. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the

**IT IS SO ORDERED**.

Dated: October 17, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.